AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ELLIOTT D. GOODIN,<br>*Plaintiff*<br>v.<br>MOLLY EKE,<br>*Defendant* | Civil Action No. 2:22-CV-0253-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
for pro se Plaintiff's failure to pay the filing fee or submit a properly completed Application to Proceed In Forma Pauperis.

Date: November 21, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*  
*(By) Deputy Clerk*

B. Fortenberry